In the Matter of MID CITY ELECTRICAL CORP., Appellant, v METROPOLITAN TRANSPORTATION AUTHORITY et al., Respondents. [48 NYS3d 580]—Order and judgment (one paper), Supreme Court, New York County (Manuel J. Mendez, J.), entered June 24, 2016, denying the petition to annul a determination of the New York State Unified Certification Program, dated February 12, 2016, which removed petitioner's Disadvantaged Business Enterprise certification, and dismissing the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.

Contrary to its contention, petitioner was afforded due process (*see Matter of Beck-Nichols v Bianco*, 20 NY3d 540, 559 [2013]; *see also Matter of Daxor Corp. v State of N.Y. Dept. of Health*, 90 NY2d 89, 98 [1997], *cert denied* 523 US 1074 [1998]). Thus, it cannot avoid the consequences of its failure to exhaust its administrative remedies (*see Watergate II Apts. v Buffalo Sewer Auth.*, 46 NY2d 52, 57 [1978]; *see* 49 CFR 26.87 [g]; 26.89). Concur—Sweeny, J.P., Renwick, Mazzarelli and Manzanet-Daniels, JJ.